JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAS VEGAS LAND & DEVELOPMENT COMPANY, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-02273 FMO (MANx)<br>Hon. Fernando M. Olguin<br>Ctrm.: 6-D<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>**[FED. R. CIV. PROC. 41]** |

10597.0418/14722463.1

ORDER OF DISMISSAL

1 | The Court, having considered the Joint Stipulation for Dismissal with
2 | Prejudice filed by the parties, and **GOOD CAUSE APPEARING THEREFOR,**
3 |     **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED** in its
4 | entirety **WITH PREJUDICE** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each
5 | party to bear its own costs and fees.
6 |     **IT IS SO ORDERED.**

DATED: February 5, 2019

/s/

HON. FERNANDO M. OLGUIN
Judge of the United States District Court

10597.0418/14722463.1

2

ORDER OF DISMISSAL